FILED

SEP 23 2021

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FREDERICK HERRING,

Defendant.

Case No. 2:21-MJ-04395

**ORDER OF DETENTION**

[18 U.S.C. §§ 3148(b), 3143(a)]

On September 22, 2021, Defendant Frederick Herring made his initial appearance in this district following his arrest on the Petition for Actions on Conditions of Pretrial Release, bench warrant, and order that Defendant show cause as to why his bond should not be revoked that was issued on May 6, 2021, in the District of Kansas. Deputy Federal Public Defender Waseem Salahi was appointed to represent Defendant. Defendant submitted on the government's request for detention.

The Court has reviewed the files and records in this matter, including the Petition referenced above and the report prepared by the U.S. Pretrial

Services Agency on September 22, 2021, and its recommendation of detention.

The Court has considered the allegations of Defendant's noncompliance with the conditions set for pretrial release in the District of Kansas.

The Court finds, pursuant to 18 U.S.C.§ 3148(b), clear and convincing evidence that Defendant has violated the conditions of his release. Having considered the factors set forth in 18 U.S.C. §3142(g), the court finds that there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

It is therefore ORDERED that Defendant Frederick Herring is remanded to the custody of the U.S. Marshal to be transported to the United States District Court for the District of Kansas for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable

opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: September 23, 2021

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE